UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OLA JOLINE BOSSARD,<br><br>        Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>        Defendant. | No.  CV-13-03094-VEB<br><br>JUDGMENT IN A<br>CIVIL CASE |

### DECISION BY THE COURT:

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The matter is remanded to the Commissioner for additional proceedings pursuant to sentence four 42 U.S.C. 405(g).  Defendant's Motion for Summary Judgment is **DENIED**. Judgment is entered for Plaintiff.

    DATED:  September 2, 2014

                                SEAN F. McAVOY
                                Clerk of Court

                                By: *s/Melissa Orosco*
                                      Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**